**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MAY 13, 2025 SESSION


FILED
MAY 13 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 2:25-cr-00088
      18 U.S.C. 751(a)

RONALD EDWARD TINSLEY

### I N D I C T M E N T

The Grand Jury Charges:

On or about March 19, 2025, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant RONALD EDWARD TINSLEY did knowingly escape from the custody of a facility, that is, Dismas Charities, Inc., in which defendant RONALD EDWARD TINSLEY was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of West Virginia, upon a felony conviction for the commission of Possession of a Stolen Firearm, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

In violation of Title 18, United States Code, Section 751(a).

LISA G. JOHNSTON
Acting United States Attorney

By: *Jennifer D. Gordon*
Jennifer D. Gordon
Assistant United States Attorney